IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 17, 2024.**

Before the Court is Plaintiff's Unopposed Motion by Plaintiff United States to Vacate and Reset Scheduling Conference and Related Deadlines [ECF 34]. The Court **grants** the motion [ECF 34] and **vacates** the Scheduling Conference set for January 7, 2025. The Scheduling Conference is **reset** to **March 4, 2025, at 2:00 p.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.

The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) and jointly prepare a proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

**No later than five business days** prior to the Scheduling Conference, the Parties shall (1) file the proposed Scheduling Order with the Clerk's Office and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, and (2) submit **the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chambers at** *o'hara_chambers@cod.uscourts.gov*.

Should a discovery dispute arise, the Parties shall follow the procedure set out at Section VI of the Magistrate Judges' Uniform Civil Practice Standards (D.C.COLO.MJ). Rather than file a motion about a discovery dispute, the Parties first shall confer on the matter. If the Parties are unable to resolve the dispute on their own, then the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery

Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file the motion.