IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

---

**MOTION FOR RECONSIDERATION OF [ECF#48] AND [ECF#49]**

---

    Proposed Intervening Plaintiff Francesca Cheroutes respectfully asks this Court to clarify and reconsider her request for an extension of time to file a Reply in Support of her Motion to Intervene as to Defendant Solidifi U.S. Inc. ("Solidifi"). This Court previously granted Ms. Cheroutes' Motion for Extension of Time to File Reply to the Opposition to her Motion to Intervene by Defendant Solidifi U.S. Inc., [ECF #48], but, perhaps erroneously, granted that extension as to Defendant Rocket Mortgage, LLC ("Rocket") only. In a subsequent order, this Court struck as duplicative Ms. Cheroutes' separate request for an extension of time to file a Reply to the Opposition to her Motion to Intervene by Defendant Rocket Mortgage, LLC. [ECF #49].

    Ultimately, Ms. Cheroutes is simply seeking an additional seven (7) days, up to and including January 23, 2025, to file a Reply to both Defendant Rocket's and Defendant Solidifi's Oppositions to her Motion to Intervene.

**WHEREFORE,** Proposed Intervening Plaintiff respectfully requests that the Court grant her a seven (7) day extension, up to and including January 23, 2025, to file her replies to both Defendant Rocket's and Defendant Solidifi's Oppositions to her Motion to Intervene.

Respectfully submitted this 9th day of January 2025.

              NEWMAN | MCNULTY, LLC

              *s/ Andy McNulty*_____
              Mari Newman
              Andy McNulty
              Madeline Leibin
              1490 N. Lafayette Street Suite 304
              Denver, CO 80218
              (720) 850 – 5770
              andy@newman-mcnulty.com
              mari@newman-mcnulty.com
              madeline@newman-mcnulty.com

              ATTORNEYS FOR PROPOSED INTERVENING PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Further, I hereby certify that I have contemporaneously served the foregoing on my client, Francesca Cheroutes, as required by D.C.COLO.LCivR 6.1(c) and GPG Civ. Practice Standard 6.1A(c).

              NEWMAN | MCNULTY, LLC

              *s/ Andy McNulty*_____
              Andy McNulty