IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

**PARTIALLY UNOPPOSED MOTION FOR EXPEDITED RULING ON MOTION TO INTERVENE [ECF #19]**

Proposed Intervening Plaintiff, Francesca Cheroutes, by and through her counsel, Mari Newman, Andy McNulty, and Madeline Leibin of NEWMAN | MCNULTY, LLC, respectfully moves this Honorable Court for an expedited ruling on her Motion to Intervene [ECF #19] as follows.

**CERTIFICATION PURSUANT TO D.C.COLO.LCIVR. 7.1**

Undersigned counsel for Ms. Cheroutes has conferred with counsel for all parties in this case, who stated their clients' positions as follows: Plaintiff and the Maverick Defendants do not oppose this Motion; Defendants Rocket Mortgage and Solidify neither consent nor oppose this Motion.

**ARGUMENT**

1. Ms. Cheroutes is entitled to intervene in this action under Federal Rule of Civil Procedure 24(a)(1), on the basis of her "unconditional right to intervene by a federal statute," the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3619. As the FHA clearly dictates, "[a]ny

1

aggrieved person with respect to the issues to be determined in a civil action under this subsection may intervene as of right in that civil action." *Id.* at § 3612(o)(2).

2. Ms. Cheroutes is the Black homeowner — the "[a]ggrieved person," *id.* at § 3602(i) — harmed by discrimination and retaliation, as alleged in the United States' Complaint, [ECF #1], and her Proposed Intervening Complaint, [ECF #19-1].

3. Ms. Cheroutes timely filed her Motion to Intervene on November 21, 2024. [ECF #19].

4. As detailed in her Motion to Intervene, Ms. Cheroutes' interests are not identical to those of the United States. *See id.* at 6 (citing *Berger v. N.C. State Conf. of the NAACP*, 597 U.S. 179, 197, 142 S. Ct. 2191, 213 L. Ed. 2d 517 (2022) (defining "identical" in this context as "interests overlap[ping] fully")). Ms. Cheroutes' unique experience as the person who was subjected to discrimination and retaliation, and corresponding interest in a meaningful remedy, do not "overlap fully," *Berger*, 597 U.S. at 197, with the United States' broad public policy commitment to enforce the FHA for homeowners across the country. *See Utahns for Better Transp. v. U.S. Dep't of Transp.*, 295 F.3d 1111, 1112 (10th Cir. 2002) ("the government's prospective task of protecting not only the interest of the public but also the private interest of the petitioners in intervention is on its face impossible and creates the kind of conflict that satisfies the minimal burden of showing inadequacy of representation").

5. Moreover, as detailed in her Replies to Defendant Rocket's and Solidifi's Oppositions [ECF #30 and #31] to her Motion to Intervene [ECF #57 and #58] Ms. Cheroutes' intervention is not futile.

6. A Scheduling Conference has been set in this matter for March 4, 2025, at 2:00 PM MT. *See* [ECF #38].

7. Ms. Cheroutes would like to ensure that her unique experiences and interests as an Intervening Plaintiff are represented in the Scheduling Conference. Among other reasons, much of the discovery set forth in the parties' Proposed Scheduling Order requires Ms. Cheroutes' active participation.

8. Permitting Ms. Cheroutes' active participation as an Intervening Plaintiff at the Scheduling Conference readily serves interests of judicial economy and efficiency.

Wherefore, Ms. Cheroutes respectfully moves this Honorable Court for an expedited ruling on her Motion to Intervene [ECF #19]. She specifically requests a ruling by March 3, 2025.

Respectfully submitted this 25th day of February, 2025.

NEWMAN | MCNULTY, LLC

*s/ Mari Newman*
Mari Newman
Madeline Leibin
Andy McNulty
1490 N. Lafayette Street Suite 304
Denver, CO 80218
(720) 850 - 5770
mari@newman-mcnulty.com
madeline@newman-mcnulty.com
andy@newman-mcnulty.com

ATTORNEYS FOR FRANCESCA CHEROUTES

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties who have entered their appearances in this matter.

                                                                                              NEWMAN | MCNULTY, LLC

                                                                                           *s/ Mari Newman*
                                                                                           Mari Newman