IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

and

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 24, 2025.**

    Before the Court are the Unopposed Motion to Extend Defendants' Deadlines to Respond to Intervening Plaintiff's Complaint filed by Defendant Rocket Mortgage, LLC [ECF 79] and Defendant Solidifi U.S. Inc. [ECF 81]. For good cause shown, the unopposed Motions [ECFs 79 & 81] are **granted.** Defendants Rocket Mortgage and Solidifi shall respond to the Intervening Plaintiff's Complaint **on or before March 28, 2025.**