**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

FRANCESCA CHEROUTES,

      Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

      Defendants.

---

**JOINT MOTION TO ENTER STIPULATION AND ORDER REGARDING DISCOVERY**

---

Pursuant to Fed. R. Civ. P. 26(c), the parties to this suit jointly move for the entry of a Stipulation and Order Regarding Discovery to reduce the time, expense, and other burdens of discovery of documents, information, things, and electronically stored information ("ESI"), and to govern certain discovery obligations in this action.[1]

In support of this motion, the parties state as follows:

1.    Plaintiff United States of America brought this case under the Fair Housing Act. *See* ECF No. 1.

---

[1] The parties conferred via email, and all parties agree to this joint motion. *See* D.C.COLO.LCivR 7.1(a); D.C.COLO.MJ V.1, 5.

2.      Intervenor Plaintiff Francesca Cheroutes subsequently filed her Complaint

under the Fair Housing Act and 42 U.S.C. § 1981. *See* ECF No. 70.

3.      A Stipulation and Order Regarding Discovery, a form for which is attached

to this Motion, would reduce burdens associated with discovery and minimize the

necessity for judicial intervention.

4.      The Stipulation and Order Regarding Discovery also includes an order

under Federal Rule of Evidence 502(d), which would help avoid disputes regarding

disclosure of privileged or protected materials. *See* Proposed Stipulation and Order

Regarding Discovery § D.

5.      WHEREFORE, the parties respectfully request that the Court enter the

Stipulation and Order Regarding Discovery submitted with this Motion.


Dated:  April 22, 2025

Respectfully Submitted,


J. BISHOP GREWELL                        HARMEET K. DHILLON
Acting United States Attorney            Assistant Attorney General
                                         Civil Rights Division

                                         MICHAEL E. GATES
                                         Deputy Assistant Attorney General
                                         Civil Rights Division

s/ Alicia Alvero Koski                   s/ Nathan Shulock
**Alicia Alvero Koski**                  CARRIE PAGNUCCO
**Zeyen J. Wu**                          Chief
Assistant United States Attorneys        TIMOTHY J. MORAN
United States Attorney's Office          Deputy Chief
1801 California Street, Suite 1600       **Nathan Shulock**
Denver, Colorado 80202                   Trial Attorney
Telephone: (303) 454-0100               Housing and Civil Enforcement Section
Email: alicia.alvero.koski@usdoj.gov;    Civil Rights Division
zeyen.wu@usdoj.gov                       U.S. Department of Justice
                                         150 M Street, NE
                                         Washington, DC 20530
                                         Telephone: (202) 598-3254
                                         Email: nathan.shulock@usdoj.gov

Counsel for Plaintiff United States of America


/s/ Mari Newman (by permission)
**Mari Newman**
**Madeline Leibin**
**Andy McNulty**
1490 N. Lafayette Street Suite 304
Denver, CO 80218
(720) 850 - 5770
mari@newman-mcnulty.com
madeline@newman-mcnulty.com
andy@newman-mcnulty.com

Counsel for Intervenor Plaintiff Francesca Cheroutes

*/s/ Angelica Rankins (by permission)*
Brooks R. Brown
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
bbrown@goodwinlaw.com

Keith Levenberg
Angelica Rankins
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000
klevenberg@goodwinlaw.com
arankins@goodwinlaw.com

Counsel for Defendant Rocket Mortgage,
LLC

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Ave., Suite 200
Birmingham, MI 48009
Telephone: (248) 864-4000
Facsimile: (248) 864-4001
jmorganroth@morganrothlaw.com

Jacob F. Hollars, #50352
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Phone: (303) 839-3707
Fax: (303) 839-3838
Email: jhollars@spencerfane.com

*/s/ Christopher A. Riley (by permission)*
Christopher A. Riley
John Evan Laughter
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-7000 (telephone)
404-881-7777 (facsimile)
chris.riley@alston.com
johnevan.laughter@alston.com

Counsel for Defendant Solidifi U.S. Inc.

Michael J. Carrigan
Alexandria E. Pierce
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
mcarrigan@hollandhart.com
aepierce@hollandhart.com

*/s/ Maria Temkin (by permission)*
Maria Temkin
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 939-4181
Fax: (215) 914-6975
maria@temkinlegal.com

Counsel for Defendants Maksym Mykhailyna and Maverick Appraisal Group Inc.

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s Nathan Shulock
Counsel for Plaintiff