IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

and

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 29, 2025.**

    For good cause shown, the Joint Motion for a Protective Order [ECF 92] is **granted.** The Court will enter the Parties' proposed protective order separately.