IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02915-GPG-TPO | Date: June 11, 2025 |
| Courtroom Deputy: Jesse Torres | FTR – Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Zeyen Wu |
| | Alicia Alvero Koski |
| | Faiza Majeed (by video teleconference) |
| Plaintiff, | |
| and | |
| FRANCESCA CHEROUTES, | Andrew McNulty |
| | Madeline Leibin |
| | Mari Newman |
| Intervenor Plaintiff, | |
| v. | |
| ROCKET MORTGAGE, LLC, | Brooks Brown |
| SOLIDIFI U.S. INC., | Jacob Hollars |
| MAKSYM MYKHAILYNA, and | Jeffrey Morganroth |
| MAVERICK APPRAISAL GROUP, INC., | Christopher Riley (by video teleconference) |
| | John Laughter (by video teleconference) |
| | Michael Carrigan |
| | Maria Temkin (by video teleconference) |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING/STATUS CONFERENCE**

**Court in session: 11:09 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Defendants Rocket Mortgage, LLC and Solidifi U.S. Inc.'s Motion to Stay Discovery [ECF 63] and the status of the case.

The Court addresses Defendants Rocket Mortgage, LLC and Solidifi U.S. Inc.'s Motion to Stay Discovery [ECF 63]. Preliminary remarks by the Court. Arguments by counsel.

Discussion is held regarding the status of discovery and the anticipated plan relating to oral and written discovery moving forward. The Parties advise the Court of a dispute relating to the deposition of Defendant Maksym Mykhailyna. The Court directs the Parties to confer further on this matter and file any appropriate motion if the Parties do not reach a resolution.

For the reasons stated on the record, it is:

**ORDERED:**   Defendants Rocket Mortgage, LLC and Solidifi U.S. Inc.'s Motion to Stay Discovery [ECF 63] is **DENIED.**

HEARING CONCLUDED.

**Court in recess: 12:22 p.m.**
Total time in court: 01:13

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.