IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

and

FRANCESCA CHEROUTES,

      Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 18, 2025.**

      This matter comes before the Court upon the Parties' emails to Chambers regarding Discovery Disputes between Plaintiff and Defendant Rocket Mortgage and Plaintiff and Defendants Maverick Appraisal Group and Maksym Mykhailyna.

      An **in-person** Discovery Conference is **set** for October 2, 2025, at 3:00 p.m. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse, at 1929 Stout Street, Denver, Colorado. Only Parties seeking discovery dispute resolution will need to appear for the discovery conference.

      The Court encourages the Parties to continue meaningful conferral. In the meantime, the Court extends the option to schedule a brief, 15-minute conferral conference call with the Court to discuss narrowing the discovery disputes if the involved Parties agree it may assist in resolution. Such request may be emailed directly to Chambers.

      **Three business days** before the Discovery Conference, the Parties shall email Chambers at *O'Hara_Chambers@cod.uscourts.gov*, with all Parties copied, with a brief **Joint Statement** that contains each Party's position with regard to each dispute and summarizes the conferral efforts

made to resolve such dispute(s). The Joint Statement should not be filed onto the case docket sheet but rather emailed directly to Chambers.

The Court encourages the Parties to be as succinct as possible, presenting a short statement of each dispute with any legal support the Parties would like the Court to consider. The Court also asks for double-spacing. The Parties should provide any relevant documents as attachments to the Joint Statement that may assist with the dispute's resolution.