## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-TPO-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

---

### MOTION TO WITHDRAW COUNSEL

---

The United States moves pursuant to D.C.COLO.LAttyR 5 to withdraw Faiza Majeed as counsel for the United States.[1] Good cause supports this motion because Ms. Majeed is leaving her employment with the United States Department of Justice. The United States will continue to be represented by Zeyen Wu and Alicia Alvero Koski.

Dated August 21, 2025.

---

[1] The United States was not required to confer with opposing counsel regarding this motion. *See* D.C.COLO.LCivR 7.1(b)(4).

1

Respectfully Submitted,

| | |
|---|---|
| PETER MCNEILLY<br>United States Attorney | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| s/ Zeyen J. Wu<br>*Alicia Alvero Koski*<br>*Zeyen J. Wu*<br>Assistant United States Attorneys<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 454-0100<br>Email: alicia.alvero.koski@usdoj.gov;<br>zeyen.wu@usdoj.gov | s/ Faiza Majeed<br>CARRIE PAGNUCCO<br>Chief<br>TIMOTHY J. MORAN<br>Deputy Chief<br>*Faiza Majeed*<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Telephone: (202) 615-2684<br>Email: faiza.majeed@usdoj.gov |

Counsel for Plaintiff United States of America

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

s/ Faiza Majeed<br>
Counsel for Plaintiff

3