IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

**UNOPPOSED MOTION BY PLAINTIFF UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS FROM DEFENDANT SOLIDIFI U.S. INC. AND DEFENDANT ROCKET MORTGAGE, LLC**

Pursuant to D.C.COLO.LCivR 6.1 and GPG Civ. Practice Standard 6.1A, Plaintiff United States of America respectfully requests an 11-day extension of time, until September 19, 2025, to submit its responses to Defendant Rocket Mortgage, LLC ("Rocket Mortgage"), and Defendant Solidifi U.S. Inc.'s ("Solidifi") respective requests for production and interrogatories. On behalf of Intervenor Plaintiff Francesca Cheroutes, Plaintiff also moves for an extension of Ms. Cheroutes's deadline to respond

to requests for production and interrogatories from both of these Defendants to September 24, 2025.[1]

Defendant Solidifi and Defendant Rocket Mortgage served the aforementioned written discovery responses on Plaintiff United States and Intervenor Plaintiff Ms. Cheroutes on July 24, 2025. Defendant Rocket Mortgage served one set of requests for production and one set of interrogatories on the United States, and one set of requests for production and one set of interrogatories on Ms. Cheroutes. Defendant Solidifi also served one set of requests for production and one set of interrogatories on the United States, and one set of requests for production and one set of interrogatories on Ms. Cheroutes.

Pursuant to D.C.COLO.LCivR 6.1(a), the parties stipulated to short extensions of time to respond such that the United States's responses are currently due on September 8, 2025 (a 14-day extension), and Ms. Cheroutes's responses are due on September 12, 2025 (an 18-day extension).

Pursuant to D.C.COLO.LCivR 7.1(a), United States has conferred with counsel for Defendants Rocket Mortgage and Solidifi regarding this motion, and their statement regarding non-opposition is as follows: Rocket Mortgage's and Solidifi's lack of opposition to the relief requested in this Motion is expressly conditioned upon the Parties' good faith agreements that (a) United States and Ms. Cheroutes will contemporaneously seek and obtain a mutually-agreeable extension of this Court's

---

[1] Counsel for the United States has conferred with counsel for Ms. Cheroutes, and these two parties are in agreement regarding the relief requested in this motion.

2

current Scheduling Order (ECF No. 79), including the approaching deadlines for affirmative and rebuttal expert disclosures (October 6 and November 6, 2025), the completion of discovery (December 4, 2025), and filing of motions for summary judgment (January 20, 2026), that accommodates the substantial extensions for their discovery responses without undue prejudice to the Defendants; and (b) the United States and Ms. Cheroutes will provide mutually-agreeable alternative, future dates for the depositions of Ms. Cheroutes and her two adult children (Leah Harris and Matt Rauls)—currently scheduled for September 29 and 30, 2025—to occur in the middle to end of October 2025, so that Defendants may have a fair opportunity to analyze the discovery responses and address any potential issues before proceeding with the subject depositions.

Plaintiff United States is working with Intervenor Plaintiff and Defendants and will file, as soon as it is ready, an appropriate joint motion covering the issues described in Defendants' statement. The instant motion, however, covers only the United States' and Intervenor Plaintiff's responses to Defendant Rocket Mortgage and Defendant Solidifi's written discovery requests served on July 24, 2025.

Pursuant to D.C.COLO.LCivR 6.1(b), the United States has not received any prior extensions of this deadline other than the stipulated extension described above.

The extension of time is warranted for two reasons. First, Defendants' discovery requests are burdensome and require significant efforts to collect and review files and information. In particular, one of the interrogatories requests a description of all communications Plaintiff United States has had with third parties that relate to or

concern "the Subject Property, the Subject Appraisal, Lawsuit, or any of the Defendants in the Lawsuit," and relatedly, one of the requests for production essentially requests all documents, including but not limited to communications, relating to these topics.  These requests are complicated by the fact that representatives for Plaintiff United States in this matter are also its attorneys.  In a case involving private parties, discovery requests directed to a party are not the same as requests to the party's attorney, but here, Defendants seek communications that by definition involve Plaintiff's attorneys and implicate a number of situations where Plaintiff's disclosure obligations are limited by issues of privilege, work product, and other issues (*see* Stipulation and Order Regarding Discovery at ECF No. 91).   Plaintiff United States has identified over 30 individuals it has communicated with that may be responsive to this request.  It is in the process of searching for, collecting, de-duplicating, and reviewing all of the communications that are potentially responsive to these requests.  The process has been further complicated by the departures of two primary counsel for the United States in this matter, which necessitates review of their files and communications.

  The second reason an extension is justified is the recent departure of (now former) Civil Rights Division Trial Attorney Faiza Majeed.  Ms. Majeed's departure was unexpected, and Plaintiff has now lost a third of its trial team.  Undersigned counsel only learned about Ms. Majeed's impending departure on August 20, 2025, well into preparations for responding to the current set of written discovery, and Ms. Majeed's last day working at the Department was August 21, 2025.

For the foregoing reasons, the United States respectfully requests that the Court extend the United States' deadline to respond to Solidifi and Rocket Mortgage's requests for production and interrogatories to September 19, 2025, and that the Court extend Ms. Cheroutes's deadlines to respond to Solidifi and Rocket Mortgage's requests for production and interrogatories to September 24, 2025.  A proposed order is attached to this motion.


Dated September 3, 2025.


PETER MCNEILLY
United States Attorney

s/Zeyen J. Wu
*Alicia Alvero Koski*
*Zeyen J. Wu*
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Email: zeyen.wu@usdoj.gov,
alicia.alvero.koski@usdoj.gov


Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

s/ Zeyen J. Wu
***Zeyen J. Wu***
