AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

2025 SEP 15  AM 10: 40

## PROOF OF SERVICE

JEFFREY P. COLWELL
CLERK

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Rocket Mortgage / Cupertino Bloomb
on *(date)* 9/10/25 . (Site security lead)

☒ I served the subpoena by delivering a copy to the named individual as follows: 1 N central Ave

Phoenix AZ 85004                              on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 1.46   for travel and $ 65   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 9/10/2025

_____
Server's signature

ENGLAND, BRIAN   JUSM
Printed name and title

401 W Washington Phoenix AZ
Server's address

Additional information regarding attempted service, etc.:

UNITED STATES MARSHALS SERVICE
DISTRICT OF ARIZONA
SERVICE OF PROCESS SERVICE COST WORKSHEET

CASE #: _____  ☒ CIVIL   ☐ Criminal   ☐ Govt.   ☐ Private

PROCESS TYPE: _____   SERVICE: ☐ Personal

DATE SERVED: _____   TIME of SERVICE: _____   ☐ Returned Unexecuted

<u>DEPUTY FEES</u>  Primary Deputy Name: __ENGLAND_____

Hours(s): __1__ X $65.00 = __65__

**Hours must be whole number**

<u>Additional Deputies</u> Names: _____

Deputies _____ X Hour(s) _____ X $ 65.00 = _____

<u>ENDEAVORS</u> (Record Multiple Endeavors-Add to hours above and mileage below

Date/Time: _9/9/25_ # of Hours: _1_ R/T Miles: _1.6_ Action Taken: _Served_

Date/Time: _____ # of Hours: _____ R/T Miles: _____ Action Taken: _____

Date/Time: _____ # of Hours: _____ R/T Miles: _____ Action Taken: _____

Total Round Trip Miles: _____   Total Deputy Fees: _____

<u>EXPENSES:</u>

_1.6_ Miles (min. 1 mile) X  $ 0.7 per mile  =  _1.12_

_____ Forwarding/Mail X $8.00 = _____

_____ Faxes X $3.00 = _____

_____ Copies X $0.10 = _____

Preparation of Deed, Bill of Sale, Etc. X $20.00 = _____

Other: _____ = _____

Total Expenses: Deputies Fee + Mileage + Expenses = $_____