IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

and

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 1, 2025.**

    Plaintiff's Unopposed Motion to Vacate Discovery Dispute Hearing Due to Lapse in Congressional Appropriations [ECF 127] is **granted**. The Discovery Conference set for October 2, 2025, at 3:00 p.m., is hereby **vacated**. The Discovery Conference will be reset to a later date.