IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-TPO-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

FRANCESCA CHEROUTES,

    Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

## NOTICE OF RESTORATION OF APPROPRIATIONS

    At the end of the day on September 30, 2025, the appropriations that had been funding the United States Department of Justice expired, and appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys who were not in an "excepted" position were prohibited by law from working during the lapse in appropriations, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Plaintiff stated that the Court would be notified once appropriations had been restored. See ECF No. 127.

    On November 12, 2025, funding for the Department of Justice was restored

through January 30, 2026.

Dated:  November 17, 2025.                    Respectfully submitted,

                                              PETER MCNEILLY
                                              United States Attorney

                                              s/ Zeyen J. Wu
                                              *Zeyen J. Wu*
                                              *Alicia Alvero Koski*
                                              Assistant United States Attorney
                                              1801 California Street, Suite 1600
                                              Denver, Colorado  80202
                                              Telephone: (303) 454-0100
                                              Email: zeyen.wu@usdoj.gov
                                              alicia.alvero.koski@usdoj.gov

                                              Counsel for the United States

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on November 17 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                  s/ Zeyen J. Wu
                  Counsel for Plaintiff