IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO
UNITED STATES OF AMERICA,

    Plaintiff,

and
FRANCESCA CHEROUTES,

    Intervening Plaintiff,

v.
ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA;
and MAVERICK APPRAISAL GROUP INC.,

    Defendants.

**NOTICE OF WITHDRAWAL OF ROCKET MORTGAGE, LLC'S
MOTION TO COMPEL COMPLIANCE WITH SUBPOENA WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, that Rocket Mortgage, LLC ("Rocket Mortgage"), by and through its undersigned counsel, hereby withdraws ***without prejudice*** its pending motion to compel non-party Scott Holstein to comply with the August 21, 2025 subpoena *duces tecum* (ECF No. 133). Mr. Holstein and Rocket Mortgage are presently engaged in communications concerning the subpoena and both parties are working in good faith to ensure that Mr. Holstein complies with Rocket Mortgage's document requests. Rocket Mortgage reserves its right to renew its motion, in whole or in part, in the event that Mr. Holstein fails to produce documents responsive to the subpoena or further discovery identifies additional documents responsive to the subpoena in Mr. Holstein's possession, custody, or control.

1

Respectfully submitted this 25th day of November, 2025.

| | |
|---|---|
| Jeffrey B. Morganroth<br>Morganroth & Morganroth<br>344 N. Old Woodward Ave., Ste. 200<br>Birmingham, Mich. 48009<br>(248) 864-4000<br>jmorganroth@morganrothlaw.com<br><br>Jacob Hollars<br>Spencer Fane LLP<br>1700 Lincoln St., Ste. 2000<br>Denver, Colo. 80203<br>(303) 839-3707<br>JHollars@spencerfane.com | */s/ Brooks R. Brown*<br>Brooks R. Brown<br>GOODWIN PROCTER LLP<br>100 Northern Ave<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Bbrown@goodwinlaw.com<br><br>Keith Levenberg<br>Angelica Rankins<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 346-4000<br>klevenberg@goodwinlaw.com<br>arankins@goodwinlaw.com<br><br>*Counsel for Defendant Rocket Mortgage, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2025, I electronically filed or caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I also certify that I served or caused to be served a copy of the foregoing on Scott Holstein via email and First-Class mail.

/s/ *Brooks R. Brown*
Brooks R. Brown