# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

    Defendants.

## MOTION TO WITHDRAW

    Pursuant to D.C.COLO.LAttyR 5(b), Zeyen Wu, Assistant United States Attorney, hereby moves to withdraw as counsel for the United States. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral prior to filing this motion is not required.

    There is good cause for this motion. Zeyen Wu is leaving the U.S. Attorney's Office for private practice, and this case is now being handled by another Assistant United States Attorney, Julia Prochazka, U.S. Attorney's Office, District of Colorado, who has entered an appearance for the United States. *See* ECF 148.

    WHEREFORE undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for the Respondent.

    Respectfully submitted, January 13, 2026.

PETER MCNEILLY
United States Attorney

*s/ Zeyen Wu*
Zeyen Wu
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Zeyen.Wu@usdoj.gov
*Attorney for the United States of America*

2

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of the case.

                                                    s/ Zeyen Wu
                                                    U.S. Attorney's Office