IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

FRANCESCA CHEROUTES,

      Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

      Defendants.

---

**JOINT MOTION TO STAY OR EXTEND REMAINING DISCOVERY AND PRETRIAL DEADLINES PENDING SETTLEMENT CONFERENCE**

---

The Parties, by and through their undersigned counsel, respectfully move for an order staying or extending the remaining discovery and pretrial deadlines in this case to allow them sufficient time to explore settlement by preparing for and participating in a settlement conference before Judge O'Hara, as the parties have jointly requested in a separate motion. *See* ECF No. 166. In support of this Motion, the Parties state as follows:

1.     The United States' complaint alleges that Defendants violated the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, by discriminating against Intervenor Plaintiff because of race and color in connection with her application to refinance her mortgage.

1

*See generally* ECF No. 1. Intervenor Plaintiff's complaint alleges that Defendants violated the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* and 42 U.S.C. § 1981 by discriminating against Intervenor Plaintiff because of her race and color in connection with her application to refinance her mortgage. *See generally* ECF No. 70.

2. The case is currently in discovery. The Parties have exchanged multiple document productions, served and responded to written discovery requests, taken ten fact depositions, and the United States and Intervenor Plaintiff have provided expert disclosures. Defendants' expert disclosures are currently due on August 24, 2026, and the United States' and Intervenor Plaintiff's rebuttal expert disclosures are currently due September 21, 2026. *See* ECF No. 164. The discovery cutoff is October 20, 2026. *Id.*

3. As noted above, the Parties have requested a settlement conference with Magistrate Judge O'Hara by separate motion. *See* ECF No. 166. The Parties are in agreement that there is a reasonable prospect of settlement for all or part of this case, and they believe that a settlement conference with Magistrate Judge O'Hara would be productive in facilitating that potential resolution.

4. The Parties therefore believe there is good cause to stay or extend the remaining discovery and other pretrial deadlines in this case until completion of the settlement conference to allow the Parties time to meaningfully prepare and participate in the conference and to minimize the further expenditure of time and resources on discovery that may prove unnecessary.

5. "To facilitate settlement or resolution of the suit, the district judge or a magistrate judge exercising consent jurisdiction may stay the action in whole or in part

during a time certain or until further order."  D.C.COLO.L.CivR 16.6; *see also Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

6.     Good cause exists to stay or extend the remaining discovery and pretrial deadlines pending the outcome of the settlement conference because the settlement conference may potentially resolve this case without the need for substantial additional litigation expenses or expenditures of judicial resources.

7.     Discovery is currently scheduled to close on October 20, 2026. Proceeding to complete expert disclosures, depositions, and all remaining discovery at this time would require significant time and expense that may be unnecessary if the matter settles.  For example, Defendants' expert disclosures are due on August 24, 2026, and any rebuttal expert disclosures are due on September 21, 2026.  ECF No. 164.  Once those disclosures are complete, the Parties would anticipate noticing depositions of those experts.  In addition, Defendants have requested a date to depose Intervenor Plaintiff and the United States anticipates noticing additional fact depositions as well.  These expert disclosures and depositions would require significant time and resources that could otherwise be directed towards efforts at resolution.

8.     So that the Parties can fully devote their attention and resources to the potential resolution of this matter, the Parties respectfully request this Court stay or extend the remaining discovery and pretrial deadlines pending the completion of the settlement conference.

3

9.      If the Parties fail to reach a settlement agreement, the Parties will jointly submit, within seven (7) days of the settlement conference, a Joint Motion to Modify the Scheduling Order that includes updated, proposed stipulated discovery and pretrial deadlines.

10.     Under D.C.COLO.LCivR 7.1(a), all Parties have conferred regarding the relief set forth in this Joint Motion, and the Parties join in seeking the relief sought.

WHEREFORE, the Parties respectfully move for an Order staying or extending all remaining discovery and pretrial deadlines in this matter until after the completion of the recently requested settlement conference.

Dated: July 31, 2026.

PETER MCNEILLY
United States Attorney

s/ V. William Scarpato III
Julia M. Prochazka
*V. William Scarpato III*
Alicia Walker
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
Alicia.Alvero.Koski@usdoj.gov
Julia.Prochazka@usdoj.gov
Victor.Scarpato@usdoj.gov

*Attorneys for Plaintiff United States of America*

NEWMAN | MCNULTY, LLC

s/ Madeline Leibin (by permission)
Mari Newman
Andy McNulty
*Madeline Leibin*
1490 N. Lafayette Street Suite 304
Denver, CO 80218
(720) 850 - 5770
mari@newman-mcnulty.com
andy@newman-mcnulty.com
madeline@newman-mcnulty.com

*Attorneys For Francesca Cheroutes*

Respectfully submitted:

s/ Christopher A. Riley (by permission)
*Christopher A. Riley*
John Evan Laughter
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-7000 (telephone)
404-881-7777 (facsimile)
chris.riley@alston.com
johnevan.laughter@alston.com

Michael J. Carrigan
Alexandria E. Pierce
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
mcarrigan@hollandhart.com
aepierce@hollandhart.com

*Attorneys for Defendant Solidifi U.S. Inc.*

Temkin & Associates, LLC

s/ Maria Temkin (by permission)
*Maria Temkin, Esq.*
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel.  (215) 939-4181
maria@temkinlegal.com

*Attorney for Defendants Maxym Mykhailyna and Maverick Appraisal Group, Inc.*

s/ Brooks R. Brown (by permission)
*Brooks R. Brown*
Goodwin Procter LLP
100 Northern Ave.
Boston, Mass. 02210
(617) 570-1000

bbrown@goodwinlaw.com

Keith Levenberg
Angelica Rankins
Goodwin Procter LLP
1900 N. St., N.W.
Washington, D.C. 20036
(202) 346-4000
klevenberg@goodwinlaw.com
arankins@goodwinlaw.com

Jacob Hollars
Spencer Fane LLP
1700 Lincoln St., Ste. 2000
Denver, Colo. 80203
(303) 839-3707
JHollars@spencerfane.com

Jeffrey B. Morganroth
Morganroth & Morganroth
344 N. Old Woodward Ave., Ste. 200
Birmingham, Mich. 48009
(248) 864-4000
jmorganroth@morganrothlaw.com

*Attorneys for Rocket Mortgage, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

s/ V. William Scarpato III
**V. William Scarpato III**
Counsel for Plaintiff United States