IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

Plaintiff,

and

FRANCESCA CHEROUTES,

Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 14, 2026.**

For good cause shown, the Parties' (1) Joint Motion for a Settlement Conference [ECF 166] and (2) Joint Motion to Stay or Extend Remaining Discovery and Pretrial Deadlines Pending Settlement Conference [ECF 167] are GRANTED. This matter is hereby **stayed**, pending further Order of the Court. *See* D.C.COLO.LCivR 16.6; *String Cheese Incident, LLC v. Stylus Shows, Inc*., No. 05-CV-01934-LTB-PA, 2006 WL 894955, *2 (D. Colo. March 30, 2006).

Within **7 days** after the forthcoming Settlement Conference, if the Parties fail to reach an agreement to resolve this matter, the Parties shall submit a Joint Motion proposing amendments to the remaining scheduling order deadlines.

The Parties are instructed to jointly contact Chambers by email to request available dates for a Settlement Conference. The Court will issue further instructions once a date has been confirmed.