IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02915-GPG-TPO

UNITED STATES OF AMERICA,

Plaintiff,

and

FRANCESCA CHEROUTES,

Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC,
SOLIDIFI U.S. INC.,
MAKSYM MYKHAILYNA, and
MAVERICK APPRAISAL GROUP, INC.,

Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 5, 2026.**

Pursuant to the Order of Reference, a Settlement Conference is **SET** for **January 22, 2027, at 9:30 a.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

The Court will commence the Settlement Conference with the Parties jointly. After introductory remarks, the Court will caucus with each side separately.

The Parties shall comply with § VII(1)-(3) of the Uniform Civil Practice Standards of the United States Magistrate Judges (D.C.COLO.MJ) regarding magistrate judge impartiality, party attendance,[1] and full settlement authority.[2]

---

[1] The Court requires the Parties to appear in person for the Settlement Conference. If counsel or a Party would like to appear remotely, counsel must confer with opposing counsel and file a motion with the Court to that effect.

[2] As stated in Uniform Civil Practice Standard § VII(3) for U.S. Magistrate Judges in the District of Colorado, "counsel shall have in attendance all individuals with full authority to negotiate all

The Parties shall submit settlement statements directly to Chambers to provide information that will ensure a productive Settlement Conference. These statements should convey:

- any information that your Party believes should be disclosed and may assist in facilitating the settlement negotiation process,
- what settlement authority each Party will bring to the proceeding,
- what non-confidential information has been communicated to the other side, and
- what initial offers have been exchanged and the current status of negotiations.

The Parties shall email their settlement statements to *O'Hara_Chambers@cod.uscourts.gov*. The settlement statements should **not** be filed on the docket. Settlement Statements are due **five business days** before the Settlement Conference date.

Some information may be submitted as confidential, but the Court encourages the Parties to limit the amount of information deemed to be confidential in their settlement statements. **The confidential statements submitted to Judge O'Hara should clearly indicate what information shared is strictly confidential**.

The Court encourages the Parties to exchange the non-confidential portions of their settlement statements between themselves in preparation for the Settlement Conference if they believe it would be helpful to the settlement negotiation process.

Finally, before the Settlement Conference begins, the Plaintiffs shall make a reasonable settlement demand to the Defendants in a good faith and realistic attempt to resolve the dispute. If Defendants do not accept that offer, then Defendants shall make a counteroffer to the Plaintiffs in the same good faith spirit. A summary of all relevant negotiations should be included in the settlement statements.

terms and demands presented by the case, and full authority to enter into a settlement agreement, including but not limited to, an adjuster, if any insurance company is involved."