**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02915-TPO-GPG

UNITED STATES OF AMERICA,

Plaintiff,

FRANCESCA CHEROUTES,

Intervenor Plaintiff,

v.

ROCKET MORTGAGE, LLC;
SOLIDIFI U.S. INC.;
MAKSYM MYKHAILYNA; and
MAVERICK APPRAISAL GROUP INC.,

Defendants.

---

## MOTION TO WITHDRAW BY V. WILLIAM SCARPATO III

---

Assistant United States Attorney V. William Scarpato III moves under D.C.COLO.LAttyR 5(b) to withdraw as counsel of record for the United States in this case. Good cause exists for this request. Mr. Scarpato will be leaving the U.S. Attorney's Office, and Julia Prochazka and Alicia Walker from that office have entered their appearance. Ms. Prochazka and Ms. Walker will continue to represent the United States for all purposes.

Under D.C.COLO.LCivR 7.1(b)(4), conferral on this motion is not required.

Notification as required by D.C.COLO.LCivR 5(b) is being made as shown in the Certificate of Service, to include an agency counsel as a representative for the United

States. Under D.C.COLO.LCivR 5(b), the United States is hereby notified that it is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

For the reasons set forth above, the Court should remove Mr. Scarpato as counsel of record and from electronic noticing in this case.

Dated: November 5, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ V. William Scarpato III

***V. William Scarpato III***
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
Victor.Scarpato@usdoj.gov

Counsel for the United States of America

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record. I further certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name:

Timothy Moran (email)
Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice

s/ V. William Scarpato III
***V. William Scarpato III***